539

(Reap. Dec. 8684)

W. R. ZANES & Co. OF LA., INC. *v.* UNITED STATES

Entry No. 2032.

(Decided October 17, 1956)

Plaintiff not represented by counsel.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to electric motors exported from England and entered at the port of New Orleans, La.

The case has been submitted on stipulated facts which establish that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402 (d) of the Tariff Act of 1930, and that such statutory value for these electric motors is the appraised unit values, less 10 per centum, packed, and I so hold.

Judgment will be rendered accordingly.

(Reap. Dec. 8685)

UNITED STATES *v.* E. L. KEMPTHORNE

Entry No. 2–Y.

(Decided October 17, 1956)

*George Cochran Doub*, Assistant Attorney General (*Samuel D. Spector*, trial attorney), for the plaintiff.
Defendant not represented by counsel.

FORD, Judge: The appeal listed above has been submitted for decision upon an oral stipulation to the effect that the price at which merchandise such as or similar to that covered by the above appeal was freely offered for sale in the usual wholesale quantity in the ordinary course of trade in the principal market of the country of exportation for home consumption was $8 per rafter, less 10 per centum, and that the price for exportation was not higher.

Accepting this stipulation as a statement of fact, I find the proper foreign value of the involved merchandise to be $8 per rafter, less 10 per centum. Judgment will be rendered accordingly.